UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8: 24Cr471 CEH - SPF

YITZCHAK REUVEN BAUM

18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement
of a Minor to Engage in Sexual
Activity)
18 U.S.C. § 1470
(Attempted Transfer of Obscene
Material to a Minor)
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)
18 U.S.C. § 2252(a)(4)(B)
(Access with Intent to View Child
Pornography)

**INDICTMENT**

OCT 29 2024 PM1:50
FILED - USDC - FLMD - TPA

The Grand Jury charges:

## COUNT ONE
**(Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity)**

From on or about August 8, 2023, through on or about October 3, 2023, in the

Middle District of Florida, and elsewhere, the defendant,

YITZCHAK REUVEN BAUM,

using a facility and means of interstate commerce, did knowingly attempt to

persuade, induce, entice, and coerce an individual who the defendant believed had

not attained the age of 18 years to engage in sexual activity for which any person

could be charged with a criminal offense, specifically: lewd or lascivious conduct, in

violation of Florida Statutes § 800.04(6)(a).

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO
### (Attempted Transfer of Obscene Material to a Minor)

On or about October 1, 2023, in the Middle District of Florida, and elsewhere, the defendant,

### YITZCHAK REUVEN BAUM,

using a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, that is, an image of an erect penis, to an individual who he believed had not attained the age of 16 years.

In violation of 18 U.S.C. § 1470.

## COUNT THREE
### (Receipt of Child Pornography)

On or about October 30, 2023, in the Middle District of Florida, and elsewhere, the defendant,

### YITZCHAK REUVEN BAUM,

did knowingly receive, and attempt to receive, a visual depiction using any means and facility of interstate and foreign commerce when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

2

## COUNT FOUR
### (Access with Intent to View Child Pornography)

On or about December 29, 2023, in the Middle District of Florida, and elsewhere, the defendant,

YITZCHAK REUVEN BAUM,

did knowingly access with intent to view a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(1).

## FORFEITURE

1.     The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 1467, 2253 and 2428.

2.     Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

a.     any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b.     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.    Upon conviction of a violation of 18 U.S.C. § 1470, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1467:

a.    Any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

4.    Upon conviction of a violation of 18 U.S.C. § 2252, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

5.    The property to be forfeited includes, but is not limited to, the following: Apple iPhone 13 Pro Max assigned IMEI 358800350718384.

4

6. If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 1467(b) and 2253(b), and 28 U.S.C. § 2461(c).

A TRUE BILL,


Foreperson


ROGER B. HANDBERG
United States Attorney


By:    _____
*for:*  Courtney Derry
Assistant United States Attorney


By:    _____
*for:*  Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## YITZCHAK REUVEN BAUM

## INDICTMENT

Violations: 18 U.S.C. § 2422(b), 18 U.S.C. § 1470
18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 29th day

of October, 2024.

_____        **KARINA NIEVES**
Clerk

Bail $_____