UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Yitzchak Reuven Baum
8:24-cr-00471-VMC-SPF

| **Date**: November 4, 2024 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:02 PM–2:03 PM   Total: 34 mins   2:09 PM-2:42 PM | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Courtney Derry, AUSA | Jason Mayberry, Ret. |
| **Initial Appearance/Arraignment/Detention Hearing** ||

Defendant present with counsel.

Arrest Date: 11/4/2024

Attorney Jason Mayberry, Ret.

Court summarizes the charges and potential penalties and advises Defendant of Rule 5 rights.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant.

Oral order to government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal discovery by Government.

Oral order to Defendant to provide reciprocal discovery under Rule 16(b).

Defendant is arraigned.

Government seeks detention.

Defense seeks release.

For reasons stated on the record, the Court orders defendant detained pending further proceedings.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Flynn.

Trial set for December 2024 trial term beginning December 2, 2024 before District Judge Covington. Status conference set for November 14, 2024.

Due Process oral order given.