# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Yitzchak Reuven Baum<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 8:24 cr 431 CEH-S PF<br><br>NOV 4 2024 PM 8:00<br>FILED - USDC - FLMD - TPA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yitzchak Reuven Baum,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b);
Attempted Transfer of Obscene Material to a Minor, in violation of 18 U.S.C. § 1470;
Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1);
Access with Intent to View Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(1).

Date: 10/30/2024

*Issuing officer's signature*

**MELANIE BOWMAN**

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/30/24, and the person was arrested on *(date)* 11/4/24
at *(city and state)* TAMPA, FL.

Date: 11/4/24

*Arresting officer's signature*

BERGIDA DUSM
*Printed name and title*