UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-471-VMC-SPF

YITZCHAK REUVEN BAUM

**JOINT STATUS REPORT**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order on February 6, 2025, the United States herein states as follows:

1. **Brief summary of the case's status:**

On October 29, 2024, a federal grand jury returned a four-count indictment charging defendant Yitzchak Reuven Baum with attempted coercion and enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470, receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and access with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). Doc. 1. On November 4, 2024, Baum made his first appearance and was detained pending trial. Doc. 13, 14. On January 27, 2025, Baum's prior counsel filed a motion to withdraw. Doc. 25. The Court appointed Baum's current counsel on February 5, 2025. Doc. 28. Discovery was sent to Baum's new counsel on February 5, 2025.

2. **Possibility of a plea agreement as to each defendant:**

No plea offer has been requested in this case.

3. **Number of days required for trial, for government's case-in-chief:**

The government anticipates this case will take approximately two to three days to try, including jury selection.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

Baum's new counsel will be filing a motion to continue trial.

5. **Potential speedy trial problems:**

Baum's prior counsel filed a waiver of speedy trial through July 31, 2025. Doc. 19. Baum's case is currently set for the April 2025 trial term. Doc. 23. Baum's new counsel intends to file a waiver of speedy trial through July 31, 2025. The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:     /s/ *Courtney H. Derry*
            Courtney H. Derry
            Assistant United States Attorney
            Florida Bar No. 41125
            400 N. Tampa Street, Suite 3200
            Tampa, Florida 33602-4798
            Telephone: (813) 274-6000
            Facsimile: (813) 274-6358
            E-mail: Courtney.Derry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Courtney H. Derry*
Courtney H. Derry
Assistant United States Attorney
Florida Bar No. 41125
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Courtney.Derry@usdoj.gov